702

Boyle *v.* Mahoney, Appellant.

Argued December 12, 1972. *Albert R. Subers,* with him *Bean, DeAngelis, Kaufman & Kane,* for appellant; *Arnold M. Kessler,* with him *Bernstein, Bernstein, Harrison & Kessler,* for appellees.

Order affirmed.

Commonwealth *v.* Allen, Appellant.

Submitted December 4, 1972. *Ronald J. Brockington,* for appellant; *Louis A. Perez* and *Milton M. Stein,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Altshuler, Appellant.

Argued December 5, 1972. *William A. Degillio,* for appellant; *William J. Garvey,* Assistant District Attorney, and *Paul R. Mazzoni,* District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.